Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida 

Orlando Division

|  |  |
|---|---|
| Angel M Lopez | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| **-v-** | |
| Christian Figueroa | |
| Carlos Julio Bermudez | |
| | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Angel M Lopez |
| Street Address | 258 E. Altamonte Dr. #2002 |
| City and County | Altamonte Springs, Seminole County |
| State and Zip Code | FL 32701 |
| Telephone Number | (407) 802-9764 |
| E-mail Address | indicanay@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

Name                                Christian Figueroa

Job or Title *(if known)*           Manager

Street Address                      417 High Point Dr.

City and County                     Davenport, Polk County

State and Zip Code                  Florida, 33837

Telephone Number                    (407) 361-6993

E-mail Address *(if known)*         acmusicpr@gmail.com


Defendant No. 2

Name                                Carlos Julio Bermudez

Job or Title *(if known)*           Artist

Street Address                      8957 LEE VISTA BLVD. UNIT 2505

City and County                     Orlando, Orange County

State and Zip Code                  Florida, 32829

Telephone Number                    +52 998 485 1084

E-mail Address *(if known)*         charliebermudezartista@gmail.com


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The case arises under the Copyright Act of 1976 (17 U.S.C. § 101 et seq.), as it involves copyright infringement of original musical compositions and sound recordings.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.      If the defendant is a corporation

           The defendant, *(name)* _____ , is incorporated under

           the laws of the State of *(name)* _____ , and has its

           principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ ,

           and has its principal place of business in *(name)* _____ .

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.      Where did the events giving rise to your claim(s) occur?
          The events giving rise to this claim occurred online on multiple digital platforms (Spotify, Apple Music, Amazon Music, YouTube, and other Digital Service Providers (DSPs)).

    B.      What date and approximate time did the events giving rise to your claim(s) occur?
          February 15, 2025: Unauthorized distribution of "I4" (originally uploaded as "I4 Reff 4") was discovered.

          February 15, 2025: "P A M A" was also discovered as being released under Charlie Bermudez's channels without authorization.

          February 23, 2025: "I4 Ref" was re-uploaded to YouTube and distributed across Spotify, Apple Music, Amazon Music, Meta, and other DSPs.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

See attached additional page "Attachment to Section III(C): Statement of Facts".

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Loss of control over his intellectual property.

Loss of revenue and potential licensing opportunities.

Damage to his reputation and business interests.

Defendant's repeated infringement indicates a high risk of continued violations, necessitating immediate injunctive relief.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Issue a preliminary and permanent injunction restraining Defendant and any associated parties from further reproducing, distributing, or monetizing "I4" and "P A M A" without authorization.

Order the removal of all infringing content from any remaining DSPs or platforms.

Award actual and statutory damages under 17 U.S.C. § 504, including enhanced damages due to willful infringement.

Award attorneys' fees and costs under 17 U.S.C. § 505.

Grant any further relief the Court deems just and necessary.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/04/2025

Signature of Plaintiff

Printed Name of Plaintiff      Angel M Lopez

### B.    For Attorneys

Date of signing:      03/14/25

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# UNITED STATES DISTRICT COURT
Middle District of Florida, Orlando Division

**Attachment to Section III(C): Statement of Facts**

**Plaintiff:** Angel M Lopez (Indica Nay)
**Defendant:** Christian Figueroa

The plaintiff, Angel M Lopez professionally known as, Indica Nay, is the sole owner of the sound recording and composition rights for both **"I4"** and **"P A M A"**. The defendant, Christian Figueroa, and his associated artists, including Charlie Bermudez, have repeatedly uploaded and distributed these works without authorization.

The first unauthorized distribution occurred when **"I4"** (labeled "I4 REFF 4") was leaked on TikTok by the user **@Sebastianteran69**. This user had no legal authorization to possess or distribute the work. The only individuals who had access to the reference file were Christian Figueroa's artists, making it evident that the leak originated from them.

Further confirming this, **@Sebastianteran69** had previously uploaded other songs for Charlie Bermudez, demonstrating a clear connection between Christian Figueroa's artists and the leak. Additionally, in a direct message conversation between Angel M Lopez and Sebastian Teran, Sebastian admitted that their group was merely a "promo" agency and that the songs were delivered to them.

Shortly after the TikTok leak, **"I4 REFF 4"** was uploaded to YouTube, and on **February 15, 2025**, the plaintiff successfully had it taken down.

On the same day, **February 15, 2025**, the plaintiff discovered that **"P A M A"** had also been distributed without authorization through Charlie Bermudez's channels. A takedown request was submitted and successfully executed. In response to the takedown, Charlie Bermudez admitted involvement and threatened further infringement through direct messages to Angel M Lopez and his rights manager, Melvin Monell.

On **February 15, 2025**, Charlie Bermudez messaged Angel M Lopez, stating in Spanish:
"*Tranquilo pa, vamos a jugar así dale. Sigue pensando que fui yo que ahora si te voy a dar motivos para que digas que fui yo.*"
(Translation: "*Relax, bro, let's play like this. Keep thinking it was me, now I'll actually give you reasons to say it was me.*")

Two days later, on **February 17, 2025**, Charlie Bermudez messaged Melvin Monell:
"*Ohhh jugando así conmigo? Listo pa! Es evidente que fueron ustedes Nay (Angel M Lopez) no tiene ni idea como hacer esto. Yo también lo sé hacer así que tranquilos. Todo bien / el camino es largo y culebrero.*"
(Translation: "*Ohhh playing like this with me? Alright bro! It's obvious it was you guys. Nay has*

*no idea how to do this. I also know how, so don't worry. All good / the road is long and full of snakes."*)

Despite the prior takedowns, on **February 23, 2025, "I4 Ref"** was re-uploaded to YouTube under the account **"Fanny Go"** and distributed across all major Digital Service Providers (DSPs), including Spotify, Apple Music, Amazon Music, and Meta. The new DSP distribution falsely credited "Charlie Bermudez" as the copyright owner in the "C" and "P" lines, fraudulently claiming ownership over both the composition and the sound recording.

Given the repeat infringement, direct admission of intent, and ongoing unauthorized distribution, the plaintiff seeks an immediate injunction to prevent further unlawful use of his works.

Evidence on the conversation with Charlie Bermudez













Evidence on uploaded content without authorization, I4 (Reff 4):





Evidence on uploaded content without authorization, I4 (Reff 4):



10:03    5G

<

··· 

**Tracks**
1

**Released**
02/22/25

**Length**
3:53



NEW

# I4 (REF 4)


Zerimar, Martye, Charlie Berm...

ADVERTISING



Start

1. Click on "Continue"
2. Activate your account
3. Acces your content

CONTAINS

Home    Explore    Favorites    Search    Premium









**7:59**

‹ 89  Chris 3%

Today

Buenos Días .  Para Que sepas que ya la oficina del Lic. Alexiomar Rodríguez que son los que me representa a la compañía .  Ya ayer les dì luz verde para que se metieran y apagaran esa cosa y obligaran a bajar.   Te mantengo al tanto. Me puedes llamar cuando quieras . Cuidate bro

Perfecto! Ayer se me paso llamarte
11:50 AM ✓✓

Pero me mantienes al tanto, gracias
11:50 AM ✓✓

Yo sé que estás busy.  Pero estoy encima de eso. Yo te mantengo al tanto
12:02 PM